CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTE ORDER - GENERAL

Case No. CR04-615 CBM                    Dated: Sept. 17, 2004
========================================================================
PRESENT:
        HONORABLE   CONSUELO B. MARSHALL    , CHIEF JUDGE

Joseph M. Levario              n/a                 n/a
Courtroom Deputy Clerk    Court Reporter    Asst. U. S. Attorney


========================================================================
United States of America vs:        Defense Counsel:

Andrew K. Proctor                   n/a
not pres x bond


Proceedings: Sentencing

On the Court's own motion, Sentencing is continued to Nov. 29, 2004 at 1:30 P.M.



Priority  ___
Send      _✓_ cc: USPO
Enter     ___      PSP
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTER ON ICMS
SEP 20 2004

Initials of Deputy Clerk

Sorted →