PROB 12
(Rev. 11/04)

# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. ANDREW PROCTOR                              Docket No. CR04-00615-CBM

### Petition on Probation and Supervised Release (Modification)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>ANDREW PROCTOR</u> who was placed on supervision by the Honorable <u>CONSUELO B. MARSHALL</u> sitting in the Court at <u>Los Angeles</u>, California, on the <u>11th</u> day of <u>January, 2005</u> who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

(SEE ATTACHED COPY OF JUDGMENT AND PROBATIONARY ORDER.)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

Mr. Proctor was ordered to participate for six months in a home confinement program without electronic monitoring. His work schedule, which includes regular trips outside the Central District of California, makes the implementation of this condition extremely difficult.

CLERK U.S. DISTRICT COURT
JUN 21 2005
CENTRAL DISTRICT OF CALIFORNIA
BY

**PRAYING THAT THE COURT WILL ORDER**: deletion of the home confinement condition.

ORDER OF COURT

Considered and ordered this <u>2d</u> day of <u>June</u>, 20<u>05</u> and ordered filed and made a part of the records in the above case.

_____
Chief U. S. District Judge
CONSUELO B. MARSHALL

Respectfully,
DENA R. VASQUEZ
U. S. Probation Officer
Place West Covina

Approved BRADY C. McCORD
Supervising U. S. Probation Officer

Date   June 16, 2005

JUN 22 2005